**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DONNA DENNISON, CATHERINE GEBERT,
and SHANNON COTA,

                     Plaintiff,

      -against-                                  22 **CIVIL** 2929 (CS)

                                             **<u>JUDGMENT</u>**

BON SECOURS CHARITY HEALTH SYSTEM
MEDICAL GROUP, P.C. and WESTCHESTER
MEDICAL CENTER HEALTH NETWORK,

                     Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 15, 2023, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      May 16, 2023

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                          **BY:**

                                                                **Deputy Clerk**